■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLEMON JONES, Also Known as CLEMENT JONES, Also Known as CLEMONT JONES, Appellant. (Appeal No. 2.) [980 NYS2d 853]— Appeal from a judgment of the Monroe County Court (Teresa D. Johnson, A.J.), rendered October 29, 2008. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a forged instrument in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same Memorandum as in *People v Jones* (114 AD3d 1239 [2014]). Present—Scudder, P.J., Fahey, Peradotto, Carni and Valentino, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v UDA HIDALGO, Appellant. [980 NYS2d 853]—Appeal from a judgment of the Supreme Court, Erie County (Sheila A. DiTullio, A.J.), rendered February 29, 2012. The judgment convicted defendant, upon his plea of guilty, of manslaughter in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of manslaughter in the first degree (Penal Law § 125.20 [1]). Contrary to defendant's contention, the record establishes that he knowingly, voluntarily and intelligently waived the right to appeal (*see generally People v Lopez*, 6 NY3d 248, 256 [2006]), and that valid waiver forecloses any challenge by defendant to the severity of the sentence (*see id.* at 255; *see generally People v Lococo*, 92 NY2d 825, 827 [1998]; *People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Scudder, P.J., Fahey, Peradotto, Carni and Valentino, JJ.